**Dismissed and Memorandum Opinion filed May 17, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00340-CR
_____

**MOISES LANZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1261584

## MEMORANDUM   OPINION

Appellant entered a plea of *nolo contendere* to bodily injury to a child under fifteen. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on March 6, 2012, to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a *pro se* notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on

appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.
Do Not Publish — TEX. R. APP. P. 47.2(b)